

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sdma.com*   212.422.0202 *phone*   212.422.0925 *fax*

*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sdma.com*

April 21, 2010

*Via ECF And Regular Mail*
Hon. James Orenstein, U.S.M.J.
United States District Court For The
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Anna Mazzarella-Eltanikhy* v. *Polo Ralph Lauren Corp. LTD Income Insurance Plan, et al.*
      Civ. Act. No. 09-cv2998 (FB)(JO)
      Status Conference Date: April 23, 2010 at 11:30 A.M.
      File No.: 00584-007610

Dear Judge Orenstein:

        This firm represents the defendants Polo Ralph Lauren Corporation Disability Income Insurance Plan And Metropolitan Life Insurance Company.  In accord with Your Honor's Individual Rules, the Case Management And Scheduling Order issued in this case and the direction of your chambers today, we submit this joint supplemental status report regarding discovery.

        On December 3, 2009, Plaintiff served discovery demands on defendants.  The parties have been engaging in settlement discussions, and in order to focus on those discussions, plaintiff consented to several extensions of time to respond to the discovery requests.   If after the conference it appears as though the matter will not be able to be resolved, defendants agree to provide their responses and objections to the outstanding discovery by a date certain so that discovery can be completed by the June 1, 2010 ordered date.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP
MHB/jts
cc:  Stéphane M. Montas, Esq.

NY/563090v1

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the attached **JOINT SUPPLEMENTAL LETTER DATED APRIL 21, 2010** was served via ECF on this 21st day of April, 2010, upon the following:

> Stéphane M. Montas, Esq.
> DeHaan, Busse, Binder & Binder LLP
> 300 Rabro Drive, Suite 101
> Hauppauge, New York 11788

s/ _____

MICHAEL H. BERNSTEIN (MB 0579)

Dated:    New York, New York
              April 21, 2010