| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN                           DATE:   4/23/10
          U.S. MAGISTRATE JUDGE                     TIME:   11:30 a.m.

*Anna Mazzarella-Eltanikhy v. Polo Ralph Lauren Corporation*
*Disability Income Insurance Plan, et al.*, 09-CV-2998 (FB) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES:   Plaintiff     Stephane M. Montas

               Defendants    Michael H. Bernstein

SCHEDULING:

1.   The next telephone conference will be held on May 10, 2010, at 3:00 p.m.

2.   The final pretrial conference will be held on June 15, 2010, at 9:30 a.m.

THE FOLLOWING RULINGS WERE MADE:  The parties are pursuing settlement negotiations and will report on their progress in that regard at the next telephone conference.  If they have not reached an agreement by that time, I will expect the parties to be prepared to address all outstanding discovery issues.

                                          SO ORDERED

                                          /s/ James Orenstein
                                          JAMES ORENSTEIN
                                          U.S. Magistrate Judge