UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNA MAZZARELLA-ELTANIKHY,                   Civil Action No.:
                                             CV-09-2998 (FB)(JO)
                        Plaintiff,
                                             **STIPULATION AND
       -against-                             ORDER OF DISMISSAL**

POLO RALPH LAUREN CORPORATION
DISABILITY INCOME INSURANCE PLAN, and        DOCUMENT
METROPOLITAN LIFE INSURANCE COMPANY,         ELECTRONICALLY FILED

                        Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as counsel for the respective parties herein, that, whereas no party hereto is an infant or an incompetent for whom a committee has been appointed, and whereas no person not a party has an interest in the action, that all claims arising out of or related to plaintiff's claim for long term disability benefits are hereby discontinued as against Defendants with prejudice and without costs or disbursements to any party over or against the other, except that any claims arising out of or related to plaintiff's claims for long term disability benefits after February 24, 2009 are dismissed without prejudice pursuant to the General Release among the parties, and that the documents produced by MetLife in this action, Bates Stamped Mazzarella 000001 through 000730, will be considered part of the claim file for any continuing claim after February 24, 2009.

Dated:   New York, New York
         July _1_, 2010

_____         _____
JOHN W. DEHAAN (JWD 8863)                 MICHAEL H. BERNSTEIN (MB 0579)
DEHAAN BUSSE LLP                          SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorneys for Plaintiff*                 *Attorneys for Defendants*
ANNA MAZZARELLA-ELTANIHKY                 POLO RALPH LAUREN CORPORATION
300 Rabro Drive, Suite 101                DISABILITY INCOME INSURANCE PLAN and
Hauppauge, NY 11788                       METROPOLITAN LIFE INSURANCE COMPANY
Telephone: (631) 582-1200                 125 Broad Street, 39th Floor
Facsimile: (631) 582-1228                 New York, New York 10004
                                          Tel: (212) 422-0202
                                          Fax: (212) 422-0925
                                          [SDMA File #00584-007610]